

# Fourth Court of Appeals
## San Antonio, Texas

August 2, 2023

No. 04-23-00203-CR

**IN RE** Mauricio Fernandez **PINEDA**

Original Proceeding[1]

**ORDER**

On March 6, 2023, relator filed a petition for writ of mandamus. Relator also filed a motion to stay the underlying proceeding pending our final resolution of the petition for writ of mandamus, which we granted in part on March 8, 2023.

After considering the petition, real party in interest's response, and this record, this court concludes relator is partially entitled to the relief sought. Accordingly, the complaint raised in relator's petition for writ of mandamus that the trial court failed to rule on his application for writ of habeas corpus is **CONDITIONALLY GRANTED**. The trial court is **ORDERED** to rule on relator's application for writ of habeas corpus filed on January 24, 2023 within 15 days of this order's issuance.

The complaint raised in relator's petition for writ of mandamus that the trial court failed to rule on his motion to urge is **DISMISSED** as moot. The stay imposed on March 8, 2023 is **LIFTED**.

The writ will issue only if the trial court fails to comply with this order.

It is so **ORDERED** on August 2, 2023.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of August, 2023.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 14070CR, styled *State of Texas v. Mauricio Fernandez Pineda*, pending in the County Court, Kinney County, Texas, the Honorable Susan D. Reed presiding.